IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19CR3079 |
| vs. | |
| BILLY ANTHONY O'KEEFE, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion, (Filing No. 21), is granted.

2) A federal detainer shall be placed on Defendant.

3) Defendant shall be released to the state detainer to face the charges pending in the District Court of Lancaster County, Nebraska.

4) Upon release from state custody, Defendant shall be returned to federal custody pursuant to the federal detainer.

5) The clerk shall email a copy of this order to the Marshal.

October 22, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge